UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SEVEN ADAM LAROUE,

    Plaintiff,

v.

NOAH NAGY,

    Defendant.

_____/

Case No. 1:20-cv-1171

Hon. Hala Y. Jarbou

## ORDER

On September 23, 2021, Magistrate Judge Sally J. Berens issued a Report and Recommendation (R&R) recommending that the Court deny the habeas corpus petition (ECF No. 1) and deny a certificate of appealability. (ECF No. 7.) The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on October 7, 2021. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly:

**IT IS ORDERED** that the R&R (ECF No. 7) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the petition for habeas corpus relief (ECF No. 1) is **DENIED** for the reasons stated in the R&R.

**IT IS FURTHER ORDERED** a certificate of appealability pursuant to 28 U.S.C. § 2253(c) is **DENIED.** Petitioner has not demonstrated that reasonable jurists would find the Court's

rulings debatable or wrong.  *Slack v. McDaniel*, 529 U.S. 473 (2000); *Murphy v. Ohio*, 263 F.3d 466, 466-67 (6th Cir. 2001).  The Court declines to certify that an appeal would not be taken in good faith.

A judgment will enter in accordance with this Order.


Date:   October 26, 2021                               /s/ Hala Y. Jarbou
                                                       HALA Y. JARBOU
                                                       UNITED STATES DISTRICT JUDGE